Theodore F. BOVICH, Appellant, v. UNITED STATES of America, Appellee.

No. 11620.

Circuit Court of Appeals, Ninth Circuit.

Oct. 15, 1947.

Albert Michelson, of San Francisco, Cal. (Herbert Chamberlin, of San Francisco, Cal., of counsel), for appellant.

Frank J. Hennessy, U. S. Atty., John H. Black, Edw. R. Kay, Henry W. Schaldach, and J. Hampton Hoge, all of San Francisco, Cal., for appellee.

Before MATHEWS, HEALY, and BONE, Circuit Judges.

PER CURIAM.

On the grounds and for the reasons stated in its opinion, 70 F.Supp. 482, the decree of the District Court is affirmed.

Ray C. STEVENSON, Appellant, v. James A. JOHNSTON, Warden, United States Penitentiary, Alcatraz, California, Appellee.

No. 11655.

Circuit Court of Appeals, Ninth Circuit.

Oct. 9, 1947.

A. J. Zirpoli, of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and Joseph Karesh, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before MATHEWS, HEALY, and ORR, Circuit Judges.

PER CURIAM.

The judgment of the District Court, 72 F.Supp. 627, is affirmed.

Albert George KIRCHNER, Petitioner-Appellant, v. UNITED STATES of America, Respondent-Appellee.

No. 33, Docket 20679.

Circuit Court of Appeals, Second Circuit.

Oct. 10, 1947.

J. Wolfe Chassen, of Ridgewood, N. Y., for petitioner-appellant.

J. Vincent Keogh, U. S. Atty., of Brooklyn, N. Y. (Mario Pittoni, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for respondent-appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

Bjorn G. WAHLGREN, Plaintiff-Appellant, v. STANDARD OIL COMPANY OF NEW JERSEY, Defendant-Appellee.

No. 40, Docket 20691.

Circuit Court of Appeals, Second Circuit.

Oct. 15, 1947.

Jacob Rassner, of New York City, for plaintiff-appellant.

Vernon S. Jones, of New York City, for defendant-appellee.

Before A. N. HAND, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed in open court.